UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

VU HOANG LE,

          Petitioner,

          v.

WARDEN, Adelanto ICE Detention Center (Desert View Annex),

          Respondent.

Case No. 5:26-cv-02251-JFW (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (1) Granting the Petition and ordering Respondent to provide Petitioner, Vu Hoang Le, (A 221-393-035), with an individualized bond hearing before an immigration judge that complies with the requirement set forth in Singh v. Holder, 638 F.3d 1196 (9th Cir. 2011),

1

within seven (7) days of the date of the date of this Order; (2) ordering Respondent to provide the immigration judge conducting the bond hearing with a copy of this Order; (3) ordering that Petitioner is to be released from custody within eight (8) days following the date of this Order if he has not been provided with an individualized bond hearing before an immigration judge pursuant to the Order of this Court; and (4) Respondent is to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance.

DATED: June 4, 2026 _____          _____

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE