**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VU HOANG LE,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>WARDEN, Adelanto ICE Detention<br>Center (Desert View Annex),<br><br>　　　　　Respondent. | Case No. 5:26-cv-02251-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted. Respondent is ordered to provide Petitioner, Vu Hoang Le, (A 221-393-035), with an individualized bond hearing before an immigration judge that complies with the requirement set forth in Singh v. Holder, 638 F.3d 1196 (9th Cir. 2011), within seven (7) days of the date of the date of this Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge. Respondent is ordered to provide the immigration judge conducting the bond hearing with a copy of the Order Accepting Findings,

1

Conclusions and Recommendations of United States Magistrate Judge.  Petitioner is to be released from custody within eight (8) days following the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge if he has not been provided with an individualized bond hearing before an immigration judge pursuant to the Order of this Court.  Respondent is ordered to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance.

DATED:  June 4, 2026 _____          _____
                                                            JOHN F. WALTER
                                                            UNITED STATES DISTRICT JUDGE